United States District Court
Southern District of Texas
**ENTERED**
November 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ALEXIS DANIEL PEREZ MARTINEZ,<br>"Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00082 |
| FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, *et. al.*,<br>"Respondents." | § | |

**ORDER**

Before this Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), and Respondents' "Response to Petition for Writ of Habeas Corpus and Motion to Dismiss as Moot or For Lack of Subject Matter Jurisdiction" (Dkt. No. 6) ("Motion to Dismiss").

The case-or-controversy requirement must subsist through all stages of federal judicial proceedings. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Otherwise, the action is moot, and the court is stripped of jurisdiction. Here, Petitioner was removed from the United States via the Brownsville, Texas Port of Entry on March 7, 2026. Dkt. No. 6 at 1. Consequently, there is no longer a live case or controversy for this Court to resolve.

Accordingly, Respondents' Motion to Dismiss (Dkt. No. 6) is **GRANTED**. Petitioner's Petition (Dkt. No. 1) is hereby **DENIED**. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this November 4, 2026

Rolando Olvera
United States District Judge